IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

SEP 2 3 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| MAHMOUD ABDELWAHED, | § | NO. 5:20-CV-1039-DAE |
| Plaintiff, | § | |
| vs. | § | |
| UNIVERSITY OF TEXAS AT SAN ANTONIO, | § | |
| Defendant. | § | |

## VERDICT FORM

Jury Question No. 1

Do you find that Mahmoud Abdelwahed would have had his contract renewed but for alleged protected activity of opposing national origin or religion discrimination, filing a complaint with the EOS office or filing a charge of discrimination with the EEOC?

Answer "Yes" or "No." __yes__

If you answer "Yes," proceed to Jury Question No. 2.

If you answer "No," you may stop here.

<u>Jury Question No. 2</u>

What sum of money, if any, if paid in cash now, would fairly and reasonably compensate Dr. Mahmoud Abdelwahed for his damages, if any, you have found Defendant UTSA caused him?

Answer in dollars and cents, or "none."

1. Past pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, humiliation, and damage to reputation.

   $  ∅

2. Future pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, humiliation, and damage to reputation.

   $  ∅

3. Back pay wages and benefits from May 31, 2021, to today's date.

   $ 33,000.00

3

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.



| | |
|---|---|
| _____ | _____9/23/22_____ |
| FOREPERSON | DATE |